UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA; <br> STATE OF CALIFORNIA; <br> STATE OF DELAWARE; <br> STATE OF FLORIDA; <br> STATE OF GEORGIA; <br> STATE OF HAWAII; <br> STATE OF ILLINOIS; <br> STATE OF INDIANA; <br> STATE OF LOUISIANA; <br> COMMONWEALTH OF MASSACHUSETTS; <br> STATE OF MICHIGAN; <br> STATE OF MONTANA; <br> STATE OF NEVADA; <br> STATE OF NEW JERSEY; <br> STATE OF NEW HAMPSHIRE; <br> STATE OF NEW MEXICO; <br> STATE OF NEW YORK; <br> STATE OF NORTH CAROLINA; <br> STATE OF OKLAHOMA; <br> STATE OF RHODE ISLAND; <br> STATE OF TENNESSEE; <br> STATE OF TEXAS; <br> COMMONWEALTH OF VIRGINIA; <br> STATE OF WISCONSIN; <br> and the DISTRICT OF COLUMBIA <br> *Ex rel.* LAURIE SIMPSON, <br><br> PLAINTIFFS/RELATOR, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; <br> BAYER PHARMACEUTICALS CORPORATION; <br> BAYER HEALTHCARE LLC; <br> BAYER AG; <br> BAYER HEALTHCARE AG; and <br> BAYER SCHERING PHARMA, AG, <br><br> DEFENDANTS. | Civ. No. 05-3895 (JLL)(CCC) <br><br><br> ~~PROPOSED~~ **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having been brought before the Court by the application of Relator regarding Relator's anticipated Fourth Amended Complaint and a proposed briefing schedule regarding the amended pleading; and

**WHEREAS** the Court considered the Relator's application, and good cause having been shown;

IT IS on this 10th day of March 2011;

**ORDERED** that Defendants are not required to answer, move, or otherwise plead in response to the Third Amended Complaint;

**ORDERED** that Relator will file the Fourth Amended Complaint on or before April 1, 2011;

**ORDERED** that Defendants will have sixty (60) days from the date of the filing of the Fourth Amended Complaint to file an answer, motion, or other pleading in response to the Fourth Amended Complaint;

**ORDERED** that Relator will have sixty (60) days to oppose any motion or other pleading filed by Defendants in response to the Fourth Amended Complaint; and it is further

**ORDERED** that Defendants will have thirty (30) days to reply to any opposition filed by Relator.

*s/Claire C. Cecchi*
Honorable Claire C. Cecchi,
United States Magistrate Judge