# STONE ☷ MAGNANINI
### LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

May 20, 2011

**VIA CM/ECF**

Office of the Clerk
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    United States ex rel. Laurie Simpson v. Bayer Healthcare, et al.
              Civil Action No.: 05-3895 (JAG)

Dear Madam/Sir:

    Kindly remove me from the ECF notifications for the above-referenced matter, as my firm and I are not associated with this case. Ms. Simpson is represented by Jack M. Kint, Jr., Esq., who already has an appearance entered on the docket. Should you have any questions, please do not hesitate to contact me.

    Thank you for your assistance in this matter.

                                      Respectfully submitted,

                                      /s/David S. Stone
                                      David S. Stone

DSS/aa