UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA;<br>STATE OF CALIFORNIA;<br>STATE OF DELAWARE;<br>STATE OF FLORIDA;<br>STATE OF GEORGIA;<br>STATE OF HAWAII;<br>STATE OF ILLINOIS;<br>STATE OF INDIANA;<br>STATE OF LOUISIANA;<br>COMMONWEALTH OF MASSACHUSETTS;<br>STATE OF MICHIGAN;<br>STATE OF MONTANA;<br>STATE OF NEVADA;<br>STATE OF NEW HAMPSHIRE;<br>STATE OF NEW JERSEY;<br>STATE OF NEW MEXICO;<br>STATE OF NEW YORK;<br>STATE OF OKLAHOMA;<br>STATE OF RHODE ISLAND;<br>STATE OF TENNESSEE;<br>STATE OF TEXAS;<br>COMMONWEALTH OF VIRGINIA;<br>STATE OF WISCONSIN;<br>DISTRICT OF COLUMBIA; and<br>CITY OF NEW YORK, NEW YORK,<br><br>*Ex rel.* LAURIE SIMPSON and<br>TIMOTHY DANIELS,<br><br>          PLAINTIFFS/RELATORS,<br><br>          v.<br><br>BAYER CORPORATION;<br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC.;<br>BAYER HEALTHCARE LLC; and<br>BAYER AG,<br><br>          DEFENDANTS. | Civ. No. 05-3895 (JLL) (MAH)<br><br>NOTICE OF WITHDRAWAL<br><br>Attorneys of Record:<br><br>Jack M. Kint, Jr.<br>187 Southern Boulevard<br>Chatham, New Jersey 07928<br>Telephone: (973) 457-5456<br>Facsimile: (888) 848-0764<br>jmk@kintlaw.com<br><br>Mark Hanna<br>Murphy Anderson PLLC<br>1701 K Street, NW, Suite 210<br>Washington, DC 20006<br>Telephone: (202) 223-2620<br>Facsimile: (202) 223-8651<br>mhanna@murphypllc.com |

Pursuant to Local Rule 102.1 of the United States District Court for the District of New Jersey, the undersigned attorney hereby notifies the Court and counsel that Robert W. Sadowski, Esq. of Diamond McCarthy LLP, located at 620 8th Avenue, 39th Floor, New York, New York 10018, (212) 430-5400, is withdrawing as *pro hac vice* co-counsel for relator Laurie Simpson in this matter. Edward J. Normand, Esq., of Boies, Schiller & Flexner, LLP, located at 333 Main Street, Armonk, New York 10504, (914) 749-8200, is also *pro hac vice* counsel for Ms. Simpson and will remain so following Mr. Sadowski's withdrawal.

Dated: New York, New York
August 3, 2012

DIAMOND MCCARTHY LLP

By: _/s/ Robert W. Sadowski_
Robert W. Sadowski
Admitted *Pro Hac Vice*
New York Times Building
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499