AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __New Jersey__

United States ex rel. Laurie Simpson, et al.,
                    Plaintiff(s),
V.
Bayer Corporation, et al.,
                    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: Civ. 05-3895(JLL)(MAH)

Notice is hereby given that, subject to approval by the court, __Laurie Simpson__ substitutes
                                                      (Party (s) Name)

__Rosanne C. Baxter__, State Bar No. __032041989__ as counsel of record in
(Name of New Attorney)

place of __Jack M. Kint, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Boies, Schiller & Flexner LLP
    Address: 333 Main Street, Armonk, New York 10504
    Telephone: (914) 749-8200    Facsimile (914) 749-8300
    E-Mail (Optional): rbaxter@bsfllp.com

I consent to the above substitution.
Date: 8/6/2012
                                  (Signature of Party (s))

I consent to being substituted.
Date: 06 August 2012
                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/6/2012
                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]