# LAW OFFICE OF JACK KINT

187 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928
89 HEADQUARTERS PLAZA NORTH #1470
MORRISTOWN, NEW JERSEY 07960
TELEPHONE 973.457.5456
NEW YORK CITY 646.827.2237
CELLULAR 908.451.4182
FACSIMILE 888.848.0764
JMK@KINTLAW.COM

August 7, 2012

**Via ECF and Regular Mail**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court for
 the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> *United States ex rel. Laurie Simpson, et al. v. Bayer Corporation, et al.*
> Civil Action No. 05-3895 (JLL)(MAH) (Consolidated)

Dear Magistrate Judge Hammer:

I am local counsel for co-relator Laurie Simpson. I enclose a proposed consent order to substitute Rosanne C. Baxter, Esq., for me in that capacity.

Based on this substitution, I expect that Ms. Baxter will appear as Ms. Simpson's attorney of record at the upcoming August 9, 2012, telephonic status conference. If that expectation is incorrect, please ask your secretary to notify me to participate in that conference.

Thank you for your consideration of this proposed order and request.

Respectfully,

s/ Jack M. Kint, Jr.
Jack M. Kint, Jr.

cc:  Hon. Jose L. Linares, U.S.D.J. (via ECF and regular mail)
     Hon. Robert W. Sadowski, Esq. (via ECF)
     Mark Hanna, Esq. (via ECF)
     Eugene A. Schoon, Esq. (via ECF)
     Lawrence S. Lustberg, Esq. (via ECF)

Hon. Michael A. Hammer, August 7, 2012
2

    Reuben Andrew Guttman, Esq. (via ECF)
    James B. Clark, III, Ass't U.S. Attorney (via ECF)
    Kyle C. Bisceglie, Esq. (via ECF)

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

United States ex rel. Laurie Simpson, et al.,
                         Plaintiff(s),
V.
Bayer Corporation, et al.,
                         Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: Civ. 05-3895(JLL)(MAH)

Notice is hereby given that, subject to approval by the court, ___Laurie Simpson___ substitutes
                                                         (Party (s) Name)
___Rosanne C. Baxter___, State Bar No. ___032041989___ as counsel of record in
  (Name of New Attorney)

place of ___Jack M. Kint, Jr.___
                                 (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Boies, Schiller & Flexner LLP
    Address:            333 Main Street, Armonk, New York 10504
    Telephone:        (914) 749-8200       Facsimile (914) 749-8300
    E-Mail (Optional):  rbaxter@bsfllp.com

I consent to the above substitution.
Date:   8/6/2012                                         (Signature of Party (s))

I consent to being substituted.
Date:   06 August 2012                         (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   8/6/2012                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]