# BOIES,  SCHILLER  &  FLEXNER  LLP

333 MAIN STREET* ARMONK, NY 10504* 914-749-8200* FAX 914-749-8300

August 7, 2012

**Via ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court for
 the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    United States  ex rel. Laurie Simpson, et al. v. Bayer Corp., et al.,
                Civil Action No. 05-3895 (JLL)(MAH) (Consolidated)

Dear Magistrate Judge Hammer:

      I have recently assumed the role of lead counsel for Relator Laurie Simpson in the above-captioned action.  I am writing to request an additional postponement of the status conference currently scheduled for August 9, 2012.  I have consulted with counsel for Co-Relator Timothy A. Daniels and for the Defendants, and we are all in agreement that it makes sense to postpone the conference until after Judge Linares decides the Defendants' pending motion to, among other things, vacate the consolidation order.

      Thank you for your consideration of this request.

                                           Respectfully submitted,

                                           s/ Edward Normand
                                           Edward Normand

cc:    Hon. Jose L. Linares, U.S.D.J. (via ECF)
        All counsel of record (via ECF)