≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __New Jersey__

| | |
|---|---|
| United States ex rel. Laurie Simpson, et al., | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Bayer Corporation, et al., | CASE NUMBER: Civ. 05-3895(JLL)(MAH) |
| Defendant(s). | |

Notice is hereby given that, subject to approval by the court, __Laurie Simpson__ substitutes
(Party (s) Name)

__Rosanne C. Baxter__, State Bar No. __032041989__ as counsel of record in
(Name of New Attorney)

place of __Jack M. Kint, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Boies, Schiller & Flexner LLP |
| Address: | 333 Main Street, Armonk, New York 10504 |
| Telephone: | (914) 749-8200    Facsimile (914) 749-8300 |
| E-Mail (Optional): | rbaxter@bsfllp.com |

I consent to the above substitution.
Date: __8/6/2012__                                  _____
                                                                    (Signature of Party (s))

I consent to being substituted.
Date: __06 August 2012__                       _____
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __8/6/2012__                                  _____
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __8/14/12__                                   _____, USMJ
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]