# BOIES, SCHILLER & FLEXNER LLP

333 MAIN STREET* ARMONK, NY 10504* 914-749-8200* FAX 914-749-8300

September 14, 2012

**VIA ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court for
 the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: United States ex rel. Laurie Simpson et al. v. Bayer Corp., et al.,
Civil Action No. 05-3895 (JLL)(MAH) (Consolidated)

Dear Judge Hammer,

I represent Relator Laurie Simpson in the above-captioned action. I write to apply for an extension of time to file an amended Complaint. In the Court's August 21, 2012 Order (Docket #87), the Court struck the Fifth Amended and Consolidated Complaint and ordered that Ms. Simpson may file an amended Complaint within 30 days of the date of the Order, i.e. by September 20, 2012. I have contacted counsel for the Defendants, who has consented to a 30-day extension of this deadline to October 22, 2012. I respectfully submit that this extension is appropriate because revisions to Ms. Simpson's Complaint will be required in light of the Court's Order and this is Ms. Simpson's first request for an extension of this deadline. I have attached a proposed order for your consideration.

Respectfully submitted,

/s/ Edward Normand
Edward Normand

cc: Hon. Jose L. Linares, U.S.D.J. (via ECF)
All counsel of record (via ECF)