## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Ex rel.* LAURIE SIMPSON, <br><br> PLAINTIFF/RELATOR, <br><br> v. <br><br> BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG, <br><br> DEFENDANTS. | Civil No. 05-3895 (JLL)(MAH) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the firm Hartmann, Doherty, Rosa, Berman & Bulbulia LLC (Paul S. Doherty, III and Jeremy B. Stein appearing) hereby enters its appearance as counsel for Plaintiff/Relator Laurie Simpson in the above captioned action. Please serve copies of all papers upon Paul S. Doherty, III and Jeremy B. Stein at the office and e-mail addresses listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF.

Dated: River Edge, NJ
      October 19, 2012

/s/ Paul S. Doherty
Paul S. Doherty, III
Jeremy B. Stein
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
pdoherty@hdrbb.com
jstein@hdrbb.com

*Attorneys for Plaintiff/Relator Laurie Simpson*