|  |  |
|---|---|
| UNITED STATES ex rel<br>LAURIE SIMPSON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BAYER CORPORATION et al,.<br><br>　　　　Defendants | **UNITED STATES DISTRICT COURT**<br>　**DISTRICT OF NEW JERSEY**<br><br><br>**Civil Action No. 05-3895 (JLL)**<br><br><br>**ORDER ON INFORMAL APPLICATION** |

　　　　This matter having come before the Court for a telephone conference on October 19, 2012; and for the reasons set forth on the record; and for good cause shown;

　　　　IT IS on this 19th day of October 2012,

　　　　ORDERED THAT:

　　1.　　The deadline for the Plaintiff/Relator to file an Amended Complaint pursuant to the September 17, 2012, Order [ECF No. 89] is hereby extended from October 22, 2012 to October 26, 2012.

　　2.　　There will be a telephone status conference on October 31, 2012, at 2:30 p.m. Relator's counsel will kindly initiate the telephone conference.


　　　　　　　　　　　　　　　　s/ *Michael A. Hammer*　　　　　　
　　　　　　　　　　　　　　　　United States Magistrate Judge