|  |  |
|---|---|
| UNITED STATES ex rel<br>LAURIE SIMPSON,<br><br>        Plaintiff<br><br>v.<br><br>BAYER CORPORATION et al,.<br><br>        Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 05-3895 (JLL)<br><br>**ORDER ON INFORMAL APPLICATION** |

This matter having come before the Court for telephone status conferences on November 14, 2012 and November 19, 2012; and for good cause shown;

IT IS on this 19th day of November 2012,

ORDERED THAT:

1. Any stipulation that plaintiff may amend the Complaint and proposed Seventh Amended Complaint shall be filed on or before **November 19, 2012.**

2. On or before **January 21, 2013,** defendant shall serve on plaintiff its motion to dismiss the Complaint. On or before **March 21, 2013,** plaintiff serve on defendant its opposition to defendant's motion to dismiss. On or before **April 25, 2013,** defendant shall serve on plaintiff its reply brief in further support of its motion to dismiss. All motion papers shall be filed with the Court on **April 25, 2013.** The return date of the motion to dismiss shall be **May 20, 2013.** The Court will advise the parties in advance if oral argument is required.

s/ *Michael A. Hammer*
United States Magistrate Judge