

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 245
Short Hills, New Jersey 07078
t: 973.467.1325

November 19, 2012

Hon. Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

     Re: *Simpson v. Bayer Pharmaceutical Corp. et al.*, No. 05-3895

Dear Judge Hammer:

  Per the Court's November 19, 2012 Order, please find enclosed a Stipulation and Order permitting the filing of a Seventh Amended Complaint, agreed to by Defendants, along with the proposed Seventh Amended Complaint and its exhibits.

  Thank you for your consideration.

          Sincerely,

          s/ Jeremy B. Stein

          Jeremy B. Stein

Enclosures