## **CERTIFICATE OF SERVICE**

I, Jeremy Stein, certify that I have served a copy of the within Letter and its attachments, including a Stipulation and Order, Proposed Seventh Amended Complaint and its exhibits, on counsel for all parties via ECF.

    _s/ Jeremy B. Stein_____
Jeremy B. Stein, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
jstein@hdrbb.com

*Attorneys for Plaintiff/Relator Laurie Simpson*

Dated: November 19, 2012