

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 245
Short Hills, New Jersey 07078
t: 973.467.1325

January 22, 2013

Hon. Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

Re: *United States ex rel. Laurie Simpson v. Bayer Corp. et al.*, 05-3895

Dear Judge Hammer:

We represent Plaintiff/Relator Laurie Simpson in the above referenced action. On January 22, 2013, the Court granted Defendants' request, with Plaintiff's consent, to extend the deadline by which Defendants must move to dismiss the Seventh Amended Complaint, by 14 days, from January 21, 2013 to February 4, 2013. Plaintiff respectfully requests that the Court likewise extend by 14 days the remaining deadlines in the Court's November 19, 2012 Order: the date by which Plaintiff must serve her opposition to Defendants' motion to dismiss from March 21, 2013 to April 4, 2013 and the date by which Defendants must serve their reply and file all motion papers with the Court from April 25, 2013 to May 9, 2013. Counsel for Defendants has consented to this request.

Thank you for your consideration.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 1/23/13

s/ Jeremy B. Stein
Jeremy B. Stein
Hartmann Doherty Rosa Berman & Bulbulia LLC
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056

Edward Normand
Nathan A. Holcomb
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200

Attorneys for Plaintiff/Relator
Laurie Simpson

## CERTIFICATE OF SERVICE

I, Jeremy Stein, certify that I have served a copy of the within Letter on counsel for all parties via ECF.

                                                s/ Jeremy B. Stein
                                                Jeremy B. Stein, Esq.
                                                **HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
                                                65 Route 4 East
                                                River Edge, NJ 07661
                                                (201) 441-9056
                                                jstein@hdrbb.com

                                                *Attorneys for Plaintiff/Relator Laurie Simpson*

Dated: January 22, 2013