**HARTMANN DOHERTY ROSA · BERMAN · BULBULIA**
A LIMITED LIABILITY COMPANY · ATTORNEYS AT LAW

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 245
Short Hills, New Jersey 07078
t: 973.467.1325

April 3, 2013

Hon. Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

      Re:    <u>United States ex rel. Laurie Simpson v. Bayer Corp. et al.</u>, 05-3895

Dear Judge Hammer:

      We represent Plaintiff/Relator Laurie Simpson in the above referenced action. Plaintiff and Defendants have agreed to a one week extension of the remaining deadlines with respect to Defendants' Motion to Dismiss briefing: the date by which Plaintiff must serve her Opposition to Defendants' Motion to Dismiss is extended from April 4, 2013 to April 11, 2013, and the date by which Defendants must serve their Reply and file all motion papers with the Court is extended from May 9, 2013 to May 16, 2013. We respectfully request that the Court so order these extensions.

      Thank you for your consideration.

                                                s/ Jeremy B. Stein
                                                Jeremy B. Stein
                                               Hartmann Doherty Rosa Berman & Bulbulia LLC
                                               65 Route 4 East
                                               River Edge, NJ 07661
                                               (201) 441-9056

**SO ORDERED**
   *s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: 4/8/13

                                               Edward Normand
                                               Nathan A. Holcomb
                                               Boies, Schiller & Flexner LLP
                                               333 Main Street
                                               Armonk, NY 10504
                                               (914) 749-8200

                                               *Attorneys for Plaintiff/Relator*
                                               *Laurie Simpson*