

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 245
Short Hills, New Jersey 07078
t: 973.467.1325

June 18, 2013

Hon. Jose L. Linares
United States District Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

Re: <u>United States ex rel. Laurie Simpson v. Bayer Corp. et al.</u>, 05-3895

Dear Judge Linares:

We represent Plaintiff/Relator Laurie Simpson in the above referenced action. We write in response to the June 18, 2013 letter from Defendants (Docket #118), in which Defendants requested an opportunity to respond to the Government's Statement of Interest (Docket #117) within 10 days, by June 28, 2013.

Plaintiff/Relator respectfully requests that if the Court grants Defendants' request, the Court likewise grant Plaintiff/Relator 10 days, until July 8, 2013, to respond to Defendants' response.

Thank you for your consideration.

      _s/ Jeremy B. Stein_____
      Jeremy B. Stein
      Hartmann Doherty Rosa Berman & Bulbulia LLC
      65 Route 4 East
      River Edge, NJ 07661
      (201) 441-9056

      Edward Normand
      Nathan A. Holcomb
      Boies, Schiller & Flexner LLP
      333 Main Street
      Armonk, NY 10504
      (914) 749-8200

      *Attorneys for Plaintiff/Relator*
      *Laurie Simpson*

cc: All counsel of Record, via ECF