

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

June 19, 2013

**VIA ECF**

Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      **Re:**  *United States* ex rel. *Simpson v. Bayer*
            Civ. No. 05-3895 (JLL)(JAD)

Dear Judge Linares:

      As Your Honor is Aware, this Firm and Sidley Austin LLP represent Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC ("Bayer Defendants")[1] in the above-captioned matter.  We write in response to Plaintiff/Relator Laurie Simpson's letter dated June 18, 2013, which seeks leave to comment on the Government's Statement of Interest, filed yesterday.  *See* ECF No. 117.  Of course, the Bayer Defendants do not object to the Plaintiff/Relator seeking leave to comment on the Government's Statement.  They do, however, believe that it is unfair and inappropriate for her to delay her response until ten (10) days after Bayer submits its comments.  Indeed, if Plaintiff/Relator really seeks to comment on the Government's Statement, as she states, then there is no reason why she should not submit her comment at the same time as the Bayer Defendants, rather than awaiting the submission of the Bayer Defendants.  If, after the parties' respective comments are received it is determined that further submissions are warranted, the issue and timing of such submissions can be addressed at that time.

      If Your Honor has any questions or concerns about this matter, please do not hesitate to contact me.  Thank you for your kind consideration.

                                      Respectfully submitted,

                                      s/ Lawrence S. Lustberg
                                      Lawrence S. Lustberg
                                      Gibbons P.C.
                                      One Gateway Center
                                      Newark, NJ 07102
                                      (973) 596-4731

---

[1] This application is brought only by Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc., and Bayer HealthCare LLC ("Bayer").  Bayer AG, a named defendant, has not yet been served.

GIBBONS P.C.

Honorable Jose L. Linares
United States District Judge
June 19, 2013
Page 2

                                            Eugene A. Schoon
                                            Sidley Austin LLP
                                            One South Dearborn
                                            Chicago, Illinois 60603
                                            (312) 853-7279

                                            Attorneys for Defendants
                                            Bayer Corporation et al.

cc:       Edward Normand, Esq. (*via ECF*)
           Jeremy B. Stein, Esq. (*via ECF*)
           Paul S. Doherty, Esq. (*via ECF*)
           Roseanne C. Baxter, Esq. (*via ECF*)
           David Edward Dauenheimer, Ass't U.S. Attorney (*via ECF*)