

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 245
Short Hills, New Jersey 07078
t: 973.467.1325

June 19, 2013

Hon. Jose L. Linares
United States District Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

Re:   *United States ex rel. Laurie Simpson v. Bayer Corp. et al.*, 05-3895

Dear Judge Linares:

We represent Plaintiff/Relator Laurie Simpson in the above referenced action. We write in response to the June 19, 2013 letter from Defendants, in which Defendants objected to Plaintiff/Relator's request for an opportunity to respond within 10 days to Defendants' response to the Government's Statement of Interest. Defendants object on the grounds that it would somehow be unfair for Plaintiff/Relator to file her "comment on the Government's Statement" after Defendants' file their response to the Government. However, that was not Plaintiff/Relator's request. To be clear, as we wrote to the Court on June 18, Plaintiff/Relator respectfully requests 10 days "to respond to Defendants' response" to the Government, not to comment on the Government's Statement of Interest.

Indeed, it would be unfair to allow Defendants an opportunity to further address the issues raised in their Motion to Dismiss and addressed in the Government's Statement of Interest, issues which have now been fully briefed, without giving Plaintiff/Relator an opportunity to review Defendants' submission and then respond to it briefly.

The Court granted today Defendants' request to file their response to the Government's Statement of Interest, by June 28, 2013. Plaintiff/Relator therefore respectfully requests that the Court likewise grant Plaintiff/Relator 10 days, until July 8, 2013, to respond to Defendants' response.

Thank you for your consideration.

_s/ Jeremy B. Stein_____
Jeremy B. Stein
Hartmann Doherty Rosa Berman & Bulbulia LLC
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056

Hon. Jose L. Linares
June 19, 2013
Page 2

                                                 Edward Normand
                                               Nathan A. Holcomb
                                               Boies, Schiller & Flexner LLP
                                               333 Main Street
                                               Armonk, NY 10504
                                               (914) 749-8200

                                               *Attorneys for Plaintiff/Relator*
                                               *Laurie Simpson*

cc:      All counsel of Record, via ECF