

```
                                              65 Route 4 East
                                              River Edge, New Jersey 07661
                                              t: 201.441.9056
                                              f: 201.441.9435
                                              www.hdrbb.com

                                              New York Office
                                              565 Fifth Avenue, 7th Floor
                                              New York, New York 10017
                                              t: 212.344.4619

                                              Short Hills Office
                                              51 JFK Parkway, Suite 245
                                              Short Hills, New Jersey 07078
                                              t: 973.467.1325
```

July 15, 2013

Hon. Jose L. Linares
United States District Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

      Re:    <u>*United States ex rel. Laurie Simpson v. Bayer Corp. et al.*, 05-3895</u>

Dear Judge Linares:

      We represent Plaintiff/Relator Laurie Simpson in the above referenced action. We write in response to the July 15, 2013 letter brief from Defendants [docket #127], in which Defendants responded further with respect to the issues raised in the Government's Statement of Interest.

      Defendants filed this letter brief without authorization. The Court's June 27, 2013 Order (enclosed) directed Defendants to file their response to the Government's Statement of Interest first and allowed Plaintiff to then respond to Defendants' response within 10 days. The Order did not allow any further briefing.

      Plaintiff/Relator therefore respectfully submits that the Court should not consider Defendants' July 15 letter brief, but in the event that the Court does consider the arguments Defendants make in their letter brief, Plaintiff/Relator respectfully requests permission to file a brief response.

      Thank you for your consideration.

Respectfully,

_s/ Jeremy B. Stein_____

| | |
|---|---|
| Jeremy B. Stein | Edward Normand |
| Hartmann Doherty Rosa Berman & Bulbulia LLC | Nathan A. Holcomb |
| 65 Route 4 East | Boies, Schiller & Flexner LLP |
| River Edge, NJ 07661 | 333 Main Street |
| (201) 441-9056 | Armonk, NY 10504 |
| | (914) 749-8200 |

*Attorneys for Plaintiff/Relator*
*Laurie Simpson*

cc:    All counsel of Record, via ECF

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, et al., *Ex rel.* LAURIE SIMPSON<br><br>Plaintiff/ Relator,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE; PHARMACEUTICALS, INC.; BAYER HEALTHCARE, LLC; and BAYER AG,<br><br>Defendants. | Civil Action No.: 05-3895 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of letters submitted by the parties regarding additional briefing in light of a Statement of Interest filed by the United States. The Court having received and reviewed both letters,

**IT IS** on this 27 day of June, 2013

**ORDERED** that Defendant's response to the Government's Statement of Interest is due on June 28, 2013; and it is further

**ORDERED** that Plaintiff/Relator's response is due on July 8, 2013.

**SO ORDERED**.

Jose L. Linares
United States District Judge

1