JOHN J. HOFFMAN
Acting Attorney General for the State of New Jersey
Medicaid Fraud Control Unit
25 Market Street, 4th Fl, P.O. Box 094
Trenton, NJ 08625-0094
Telephone: (609) 984-7614
Facsimile: (609) 292-7410

By: Josh Lichtblau
    lichtblauj@njdcj.org
    Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW HAMPSHIRE, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE COMMONWEALTH OF VIRGINIA, THE STATE OF WISCONSIN, THE DISTRICT OF COLUMBIA, AND THE CITY OF NEW YORK, *ex rel.* LAURIE SIMPSON, <br><br>                       Plaintiffs/Relators, <br>         v. <br><br> BAYER CORP.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE, LLC; AND BAYER AG, <br><br>                       Defendants. | *Civil Action No.* 05-3895 (JLL) <br><br> STATES' SECOND AMENDED JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION |

This Court, in an Opinion dated August 30, 2013, dismissed without prejudice the State and local claims on the grounds that relator had not persuaded the Court that the Court could waive the State False Claims Act requirements that the government must decline to intervene before the relator could proceed. The Court granted relator thirty (30) days in which to amend the Complaint. In response to this Opinion, in a filing dated September 25, 2013, the undersigned, on behalf of the State of New Jersey, and at the specific request of the following named states: California, Florida, Hawaii, Illinois, Indiana, Massachusetts, Michigan, Nevada, New Hampshire, New York, Oklahoma, Rhode Island and Wisconsin, respectively notified the Court of their decisions not to intervene in this action pursuant to the New Jersey False Claims Act, N.J.S.A. § 2A:32C-5(g)(2).

The State of New Jersey filed an Amended Joint Notice of Election to Decline Intervention on October 4, 2013 in order to advise the Court that additional states -- Delaware, New Mexico and Tennessee, along with the City of New York -- sought to join in New Jersey's Joint Notice of Election to Decline Intervention.[1]

The State of New Jersey now files a Second Amended Joint Notice of Election to Decline Intervention to advise the Court that additional states -- Georgia, Louisiana, Montana, and Virginia, along with Washington, D.C. (hereinafter referenced along with the prior filing states as "the States") -- seek to join New Jersey's Joint Notice of Election to Decline Intervention.

Although the States decline to intervene, the States respectfully request pursuant

---

[1] The relator filed this action under the federal False Claims Act and similar statutes existing in the jurisdictions of the States. The States have asked undersigned counsel for the State of New Jersey to inform the Court that they have also decided not to intervene in this action. This joint filing is being done to facilitate the orderly notice of non-intervention by all of the participating States and to further the efficient administration of this action by the Court.

to their respective statutes that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the States before ruling or granting its approval.

The States also request that all pleadings filed in this action be served upon them pursuant to their respective statutes, and that orders issued by the Court be sent to the counsel for the States. The States also reserve their rights to order any deposition transcripts, and, to the extent applicable under their respective statutes, to intervene in this action, for good cause, at a later date, and/or to seek the dismissal of the relator's action or claims. The States also request that they be served with all notices of appeal.

A proposed Order addressing all of the above-referenced issues accompanies this Amended Notice.

Respectfully submitted,

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: _____
Josh Lichtblau
Assistant Attorney General

Dated: October 16, 2013