**Appendix B**
**LIMITATIONS ON RECOVERY UNDER STATE AND LOCAL FALSE CLAIMS LAWS**

| STATE OR CITY | PREMATURE BEFORE INTERVENTION DECISION | STATUTE GENERALLY PARALLEL TO U.S. FCA | FIRST-TO-FILE BAR |
|---|---|---|---|
| California | Cal. Gov't. Code § 12652 (6)(B) | *United States v. Johnson Controls, Inc.*, 457 F.3d 1009, 1021 (9th Cir. 2006) | Cal. Govt. Code § 12652(c)(10) |
| Delaware | Del. Code Ann. tit. 6, § 1203(b)(4)(b) | *United States ex rel. Bogart v. King Pharm.*, 414 F. Supp. 2d 540, 543 (E.D. Pa. 2006) | Del. Code. Ann. tit. 6, § 1203(b)(5) |
| Florida | Fla. Stat. Ann. § 68.083(6)(b) | *Bogart,* 414 F. Supp. 2d at 543 | Fla. Stat. Ann. § 68.083(7) |
| Georgia | Ga. Code Ann. § 49-4-168.2(c)(4)(B) | *Cade v. Progressive Cmty. Healthcare, Inc.*, No. 1:09-CV-3522, 2011 WL 2837648 at *3 (N.D. Ga. July 14, 2011) | Ga. Code Ann., § 49-4-168.2(c)(6) |
| Hawaii | Haw. Rev. Stat. § 661-25(d)(2) | *Bogart*, 414 F. Supp. 2d at 543 | Haw. Rev. Stat. § 661-25(e) |
| Illinois | 740 Ill. Comp. Stat. 175/4(b)(4)(B) | *Bogart*, 414 F. Supp. 2d at 543 | 740 Ill. Comp. Stat. 175/4(b)(5) |

| STATE OR CITY | PREMATURE BEFORE INTERVENTION DECISION | STATUTE GENERALLY PARALLEL TO U.S. FCA | FIRST-TO-FILE BAR |
|---|---|---|---|
| Indiana | Ind. Code § 5-11-5.5-4(e)(2) | *Kuhn v. LaPorte County Comprehensive Mental Health Council*, No. 3:06-cv-317, 2008 WL 4099883, at *3 n.1 (N.D. Ind. Sept. 4, 2008) | Ind. Code § 5-11-5.5-4(g) |
| Louisiana | La. Rev. Stat. Ann. 46:439.2(B)(4)(a) | *Bogart*, 414 F. Supp. 2d at 543 | n/a |
| Massachusetts | Mass. Gen. Laws. Ann. ch. 12 § 5C(4)(ii) | *Bogart*, 414 F. Supp. 2d at 543 | Mass. Gen. Laws. Ann. ch. 12 § 5C(6). |
| Michigan | Mich. Comp. Laws Ann. § 400.610a(3)(b) | *United States ex rel. Herrera v. Bon Secours Cottage Health Servs.*, 665 F. Supp. 2d 782, 783 n.2 (E.D. Mich. 2008) | Mich. Comp. Laws Ann. § 400.610a(4). |
| Montana | Mont. Code Ann. § 17-8-406(3) | Mont. Code Ann. §§ 17-8-401, *et seq*. | n/a |
| Nevada | Nev. Rev. Stat. Ann. § 357.080(4) | *Int'l Game Tech, Inc. v. Second Judicial Dist. Ct of Nev.*, 127 P.3d 1088, 1101 (Nev. 2006) | n/a |
| New Hampshire | N.H. Rev. Stat. Ann. § 167:61-c(II)(e)(2) | *United States ex rel. King v. Solvay S.A.*, 823 F. Supp. 2d 472, 538 (S.D. Tex. 2011) | N.H. Rev. Stat. Ann. § 167:61-c(II)(b) |

2

| STATE OR CITY | PREMATURE BEFORE INTERVENTION DECISION | STATUTE GENERALLY PARALLEL TO U.S. FCA | FIRST-TO-FILE BAR |
|---|---|---|---|
| New Mexico | N.M. Stat. Ann. § 44-9-5(D) | N.M. Stat. Ann. § 44-9-1, *et seq.* | N.M. Stat. Ann. § 44-9-5(E) |
| New York | N.Y. State Fin. Law § 190(2)(f) | *United States v. Dialysis Clinic, Inc.*, No. 5:09-CV-00710, 2011 WL 167246 (N.D.N.Y Jan. 19, 2011) | N.Y. State Fin. Law § 190(4) |
| Oklahoma | Okla. Stat. Ann. tit. 63 § 5053.2(B)(4)(b) | *King,* 823 F. Supp. 2d at 538 | n/a |
| Rhode Island | R. I. Gen. Laws § 9-1.1-4(b)(4)(B) | *King,* 823 F. Supp. 2d at 538 | n/a |
| Tennessee | Tenn. Code Ann. § 4-18-104(c)(6)(B) | *Bogart,* 414 F. Supp. 2d at 543 | Tenn. Code Ann. § 4-18-104(c)(10) |
| Virginia | Va. Code Ann. § 8.01-216.5(D) | *Commonwealth ex rel. FX Analytics v. Bank of N.Y. Mellon*, 2012 Va. Cir. No. CL200915377, 2012 WL 1578130 (Va. Cir. Ct. May 1, 2012) | Va. Code Ann. §§ 8.01-216.5(E), 8.01-316.8 |
| Wisconsin | Wis. Stat. Ann. § 20.931(5)(d) (2) | Wis. Stat. §§ 20.931, *et seq.* | n/a |
| District of Columbia | D.C. Code § 2-381.03(b)(4)(B) | *Bogart,* 414 F. Supp. 2d at 543 | D.C. Code § 2-381.03(b)(6). |