August 21, 2014

Judge Jose Linares
United States District Court for the District of New Jersey
Martin Luther King Building and United States Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey  07101

Re:  05-03895   US ex rel Simpson versus Bayer Healthcare, et al (Trasylol/Avelox)
(cv)

Dear Judge Linares,

I am writing to let you know that I have terminated my representation by Ted Normand and Boies Schiller and Flexner. This termination is specific to Boies Schiller and Flexner only, and not to local counsel. It is my understanding that NJ case law supports the ongoing responsibility of local counsel once an appearance has been made in a case. Please be aware that local counsel (Jeremy Stein, Hartman Doherty Rosa Berman and Bulbulia) has decided to stop providing legal services in my case pending a decision on their Motion.

Thank you for your consideration of this matter.

Sincerely,

*Laurie Simpson* (signature)

Laurie Simpson
Plaintiff/Relator

RECEIVED
AUG 5 2014
AT 8:30_____M
WILLIAM T WALSH, CLERK

Simpson
823 Orange Center Road
Orange, CT 06477

RECEIVED
NOV 15 2014
AT 8:30 ____M
WILLIAM T. WALSH, CLERK

Clerk of Court
United States District Court for the District of NJ
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

