

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
565 Fifth Avenue, 7th Floor
New York, New York 10017
t: 212.344.4619

Short Hills Office
51 JFK Parkway, Suite 150
Short Hills, New Jersey 07078
t: 973.467.1325

September 9, 2014

Hon. Joseph A. Dickson
United States Magistrate Judge
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

      Re:    <u>United States ex rel. Laurie Simpson v. Bayer Corp. et al.</u>, 05-3895

Dear Judge Dickson:

      We are writing in response to Plaintiff/Relator Laurie Simpson's August 21, 2014 letter to Judge Linares (enclosed), and in further support of the pending motion of our firms, Boies Schiller & Flexner LLP ("Boies Schiller") and Hartmann Doherty Rosa Berman & Bulbulia LLC ("Hartmann Doherty"), to withdraw as counsel for Plaintiff/Relator Simpson in the above referenced action.

      In her August 21 letter, Ms. Simpson informs the Court that she has terminated Boies Schiller as her counsel in this action, but she states that she has limited her termination of counsel to Boies Schiller and has not terminated Hartmann Doherty.[1] Hartmann Doherty, however, has acted solely in the role of local counsel while Boies Schiller has served as Ms. Simpson's lead attorneys, and Hartmann Doherty has not and does not have a relationship with Ms. Simpson independent of Boies Schiller, and has not and does not advise her independent of Boies Schiller. Hartmann Doherty's retention is explicitly limited to this role. As such, Hartmann Doherty has not represented, and does not have the capacity to represent, Ms. Simpson in this action independent of Boies Schiller.

      With respect to Ms. Simpson's statement in her letter that counsel "has decided to stop providing legal services in my case pending a decision on their Motion," we are uncertain what legal services Ms. Simpson is referring to. Ms. Simpson's opposition to Defendants' motion to dismiss was fully briefed and submitted to the Court by Boies Schiller, with Hartmann Doherty acting as local counsel. That motion remains pending, and there are no other pending deadlines in this action at this time.

---

[1] Ms. Simpson filed a similar letter terminating Boies Schiller's representation of her in a related case in the District of Minnesota, and the Court there subsequently granted Boies Schiller's motion to withdraw (Order enclosed). Hartmann Doherty did not represent Ms. Simpson in the District of Minnesota; Hartmann Doherty is only local counsel in this action in the District of New Jersey.

Hon. Joseph A. Dickson
September 9, 2014
Page 2

      In light of Ms. Simpson's letter terminating Boies Schiller, and in light of Hartmann Doherty's limited role in this action and dependence on Boies Schiller in its representation of Ms. Simpson, we respectfully request that the Court grant the motion to withdraw with respect to both firms.


Respectfully,

s/ Jeremy B. Stein

| | |
|---|---|
| Jeremy B. Stein | Edward Normand |
| Hartmann Doherty Rosa Berman & Bulbulia LLC | Nathan A. Holcomb |
| 65 Route 4 East | Boies, Schiller & Flexner LLP |
| River Edge, NJ 07661 | 333 Main Street |
| (201) 441-9056 | Armonk, NY 10504 |
| | (914) 749-8200 |


cc:    All counsel of Record, via ECF
          Laurie Simpson (via email and regular mail)

August 21, 2014

Judge Jose Linares
United States District Court for the District of New Jersey
Martin Luther King Building and United States Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey   07101

Re:  05-03895   US ex rel Simpson versus Bayer Healthcare, et al (Trasylol/Avelox)

Dear Judge Linares,

I am writing to let you know that I have terminated my representation by Ted Normand and Boies Schiller and Flexner. This termination is specific to Boies Schiller and Flexner only, and not to local counsel. It is my understanding that NJ case law supports the ongoing responsibility of local counsel once an appearance has been made in a case. Please be aware that local counsel (Jeremy Stein, Hartman Doherty Rosa Berman and Bulbulia) has decided to stop providing legal services in my case pending a decision on their Motion.

Thank you for your consideration of this matter.

Sincerely,

Laurie Simpson
Plaintiff/Relator

RECEIVED
AUG 5 2014
AT 8:30_____M
WILLIAM T WALSH, CLERK



Simpson
823 Orange Center Road
Orange, CT 477

RECEIVED
NOV 5 2014
AT 8:30 ___M
WILLIAM T. WALSH, CLERK

HARTFORD CT 051
23 AUG 2014 PM 2 L

Clerk of Court
United States District Court for the District of NJ
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

07101235599

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE BAYCOL PRODS. LITIG.

This Document Relates to:

*United States ex rel. Simpson v. Bayer Healthcare, et al.*

**ORDER**

MDL No. 1431
(MJD/SER)

Case No: 08-5758

**THIS MATTER** having been brought before the Court by motion of Edward Normand of Boies, Schiller & Flexner LLP for permission to withdraw as counsel for Plaintiff/Relator Laurie Simpson; and the Court having considered the submissions of counsel and any opposition thereto, and for good cause shown;

IT IS on this 12th day of August 2014,

ORDERED that Plaintiff/Relator's counsel' motion to withdraw is **GRANTED**;

ORDERED that Edward Normand of Boies, Schiller & Flexner LLP is terminated as counsel for Plaintiff/Relator in this action; and

ORDERED that Plaintiff/Relator must notify the Court within sixty (60) days of the date of this Order whether she has retained substitute counsel or whether she will proceed *pro se.*

s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court