# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | Honorable Jose L. Linares<br>United States District Court Judge |
| *Plaintiff,*<br>v. | Honorable Joseph A. Dickson<br>United States Magistrate Judge |
| BAYER CORPORATION;<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.;<br>BAYER HEALTHCARE LLC; and<br>BAYER AG, | Civil. No. 05-3895(JLL)(JAD) |
| *Defendants.* | |

## [PROPOSED] AMENDED SCHEDULING ORDER

**THIS MATTER** having come before the Court through joint stipulation of Plaintiff-Relator Laurie Simpson ("Plaintiff-Relator") and Defendants Bayer Corp., Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC (collectively, "Defendants"), requesting that the Joint Stipulation To Amend Case Schedule, entered by the Court on March 15, 2016 [ECF No. 245], be amended, and for good cause shown:

5

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Document Production Completed | June 3, 2016 | February 13, 2018 |
| Privilege Logs Due | June 30, 2016 | March 15, 2018 |
| Motions to Add New Parties, Whether by Amended or Third-Party Complaint, Due | June 13, 2016 | March 29, 2018 |
| Motions to Amend Pleadings Due | June 13, 2016 | March 29, 2018 |
| Fact Discovery Completed | December 31, 2016 | September 12, 2018 |
| Plaintiff-Relator's Expert Reports Due | February 24, 2017 | November 6, 2018 |
| Bayer's Expert Reports Due | April 24, 2017 | January 22, 2019 |
| Plaintiff-Relator's Rebuttal Expert Reports Due | May 26, 2017 | February 26, 2019 |
| Expert Discovery Completed | TBD | TBD |
| Dispositive Motions Due | June 23, 2017 | April 2, 2019 |
| Oppositions to Dispositive Motions Due | July 21, 2017 | April 30, 2019 |
| Replies in further Support of Dispositive Motions Due | August 11, 2017 | May 23, 2019 |
| Deadline for Parties to Electronically File Dispositive Motion with the Court | August 14, 2017 | May 29, 2019 |

| Final Pre-Trial Conference | TBD | TBD |
|---|---|---|
| All Counsel to Meet re: Final Pre-Trial Order and Pre-trial Submissions | Ten (10) Days before Final Pre-Trial Conference | Ten (10) Days before Final Pre-Trial Conference |
| Final Pre-Trial Order and Pre-Trial Submissions Due | Forty-eight (48) Hours before Final Pre-Trial Conference | Forty-eight (48) Hours before Final Pre-Trial Conference |

IT IS on this 23rd day of August, 2017, ORDERED THAT the Case Schedule shall be amended as follows:

_____
The Honorable Joseph A. Dickson
United States Magistrate Judge