UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE LINARES  
Court Reporter: Phyllis T. Lewis

Date:  09/05/2018  
Civil No: 05-3895

Title of the Case:

LAURIE SIMPSON,
v.
BAYER PHARMACEUTICAL CORP.,
ET AL

Appearances:

Attorneys for Plaintiff-Relator:
James Cecchi, Joseph H. Meltzer, David Bocian, Asher Alavi & Tyler Graden,

Attorneys for Defendant:
Larry Lustberg, John Cohn, & Ben Mundel

Nature of Proceedings:

Settlement Conference held
Joint Letter re: discovery concerns and proposed briefing scheduling to be submitted by 09/12/18

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:   1:00 p.m.
Time Concluded:    2:00 p.m.