UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON,<br><br>Plaintiff – Relator,<br><br>v.<br><br>BAYER CORP., *et al.*,<br><br>Defendants. | Civil Action No.: 05-3895 (JLL) (JAD)<br><br>**ORDER** |

This matter comes before the Court by way of the parties' joint letter proposing a briefing schedule for the parties' cross-motions for partial summary judgment. (ECF No. 320). The Court having considered the parties' proposed briefing schedule,

IT IS on this 17th day of September, 2018,

**ORDERED** that opening motions for partial summary judgment shall be filed by both parties by October 5, 2018; and it is further

**ORDERED** that opposition briefs shall be filed by November 5, 2018; and it is further

**ORDERED** that, unless otherwise ordered by the Court, the parties will not file reply briefs; and it is further

**ORDERED** that the parties' opening and opposition briefs shall be tailored to the narrow issue of whether Defendants may be liable under the False Claims Act, 31 U.S.C. § 3729(a)(1), for claims for Medicare and Medicaid reimbursement for surgical procedures in which Trasylol was administered, regardless of whether the relevant requests for reimbursement were "bundled" rather than itemized, and regardless of whether the administration of Trasylol in said procedures

affected the total amounts of the corresponding reimbursements.

**SO ORDERED.**

_____
JOSE L. LINARES
Chief Judge, United States District Court