Lawrence S. Lustberg
Kate E. Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel.: (973) 596-4731

Jonathan F. Cohn (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8110

*Counsel for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*and Bayer Healthcare LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LAURIE SIMPSON,<br><br>          Plaintiff,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG,<br>          Defendants. | Civil No. 05-3895 (JLL) (JAD)<br><br>*Document Filed Electronically*<br><br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**TO:**

David A. Bocian
Terence Zeigler
Tyler S. Graden
Asher A. Alavi
KESSLER TOPAZ
MELTZER & CHECK, LLP

280 King of Prussia Road
Radnor, PA 19087
Tel. (484) 270-1418
Fax. (610) 667-7056
dbocian@ktmc.com
tziegler@ktmc.com
tgraden@ktmc.com
aalavi@ktmc.com

James E. Cecchi
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel. (973) 994-1700
Fax. (973) 994-1744
jcecchi@carellabyrne.com
Attorneys For Plaintiff-Relator

**COUNSEL:**

**PLEASE TAKE NOTICE** that at a time to be set by the Court, Defendant Bayer Corporation, et al., by and through its counsel of record, shall move before this Court for an Order granting its Motion for Partial Summary Judgment dismissing the 7th, 8th, 9th, and 10th counts in Relator's Tenth Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Bayer shall rely on the accompanying Memorandum of Law in Support of its Motion, Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1 Statement of Undisputed Material Facts, Declaration of Lawrence S. Lustberg with exhibits,

Proposed Form of Order, and upon the pleadings and all prior proceedings in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested for this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

Dated: October 5, 2018    Respectfully submitted,

s/ Lawrence S. Lustberg
Lawrence S. Lustberg
Kate E. Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel.: (973) 596-4731
llustberg@gibbonslaw.com
kjanukowicz@gibbonslaw.com
