James E. Cecchi
Lindsey H. Taylor
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

David A. Bocian
Terence Ziegler
Tyler S. Graden
Asher S. Alavi
**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Counsel for Plaintiff-Relator*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. LAURIE SIMPSON,<br><br>*Plaintiff*,<br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG,<br><br>*Defendants*. | Civil Action No. 05-3895(JLL)(JAD)<br><br>**NOTICE OF CROSS-MOTION** |

To:   All Persons on ECF Service List

COUNSEL:

PLEASE TAKE NOTICE that at such date and time as the Court shall direct, the undersigned counsel for Relator Laurie Simpson shall move before Hon. Jose L. Linares at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey for Partial Summary Judgment on the legal issue identified by the Court in its Order of September 18, 2018.

The undersigned shall rely upon the annexed Brief and Statement of Undisputed Material Facts.

The undersigned hereby requests oral argument.

Dated:  October 5, 2018                                           Respectfully submitted,

/s / James E. Cecchi_____
James E. Cecchi
Lindsey H. Taylor
**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel. (973) 994-1700
Fax. (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

David A. Bocian
Terence Ziegler
Tyler S. Graden
Asher S. Alavi
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
dbocian@ktmc.com
tziegler@ktmc.com
tgraden@ktmc.com
aalavi@ktmc.com

*Counsel for Plaintiff-Relator*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s / James E. Cecchi
James E. Cecchi
**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel. (973) 994-1700
Fax. (973) 994-1744
jcecchi@carellabyrne.com
