# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | STEPHEN R. DANEK |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| CHARLES M. CARELLA | MELISSA E. FLAX | www.carellabyrne.com | JAMES A. O'BRIEN  III** | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| | | | | +MEMBER FL BAR ONLY |

October 19, 2018

**VIA ECF**

Honorable Jose L. Linares
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

    Re: *United States ex rel. Laurie Simpson v. Bayer Corp., et al.*,
       Civil Action No. 05-3895 (JLL) (JAD)

Dear Judge Linares:

  As you know, following the last in-person settlement conference, the parties filed their respective motions for summary judgment.  We also filed, on September 14, 2018 (ECF 320), a detailed letter outlining the voluminous, contentious discovery issues which remain outstanding.  The parties agree that the current scheduling order needs to be amended, but plaintiffs believe that some direction from the Court as to the proposed mechanism for resolving those discovery disputes would be helpful in fashioning a new schedule.  That would enable us to craft a realistic time-frame rather than continuing on the current path of indefinite seriatim 60 day extensions.

  Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO, P.C.

          /s/ James E. Cecchi

          JAMES E. CECCHI

cc: All Counsel (via ECF)