UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Laurie Simpson<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG,<br><br>Defendants. | Civil Action No. 05-3895 (JLL) (JAD) |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Michelle M. Newcomer of the law firm Kessler Topaz Meltzer & Check, LLP hereby appears in this action as co-counsel on behalf of Plaintiff-Relator, Laurie Simpson.

Dated: October 29, 2018            Respectfully submitted,

                                              KESSLER TOPAZ
                                                MELTZER & CHECK, LLP

                                   By:   /s/ Michelle M. Newcomer
                                             Michelle M. Newcomer
                                             (NJ Bar # 025702005)
                                             280 King of Prussia Road
                                             Radnor, Pennsylvania 19087
                                             (610) 667-7706
                                             mnewcomer@ktmc.com

                                             **Attorney for Plaintiff / Relator**

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 29th day of October, 2018

/s/ Michelle M. Newcomer
Michelle M. Newcomer