# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON,<br><br>Plaintiff/Relator,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG,<br><br>Defendants. | Civil Action No.: 05-CV-3895 (JLL) (JAD)<br><br>*Document Electronically Filed*<br><br>**WITHDRAWAL OF APPEARANCE OF COUNSEL ADMITTED PRO HAC VICE** |

PLEASE TAKE NOTICE that Kimberly A. Dunne withdraws her *pro hac vice* appearance as counsel for Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC [D.E. 237] in the above-referenced matter.  Attorneys from the law firms of Sidley Austin LLP and Gibbons P.C. will continue to represent Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC in this matter.

Dated:  November 20, 2018
Newark, New Jersey

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102-5310
Tel.: (973) 596-4731
Email: llustberg@gibbonslaw.com

Jonathan F. Cohn
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  2027368110
jcohn@sidley.com

*Counsel for Defendants Bayer Corporation, BayerHealthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2017, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the forgoing Withdrawal of Appearance is being served this day on all counsel of record via the Court's electronic filing system.

                                                          */s/ Lawrence S. Lustberg*
                                                          Lawrence S. Lustberg