CRAIG CARPENITO
United States Attorney
CHARLES GRAYBOW
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 353-6094
Fax. (973) 297-2010
email: charles.graybow@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LAURIE SIMPSON, *Plaintiff*, v. BAYER CORPORATION, et al., *Defendants*. | Hon. Jose L. Linares<br><br>Civil Action No. 05-3895<br><br>**NOTICE OF APPEARANCE** |

  This is to Notice the appearance of Craig Carpenito, United States Attorney, District of New Jersey, by Charles Graybow, Assistant U.S. Attorney, as attorney of record for the United States in the above-captioned case.

  Service of all notices in this case should be made upon:

> Charles Graybow
> Assistant U.S. Attorney
> United States Attorney's Office
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102

               CRAIG CARPENITO
               United States Attorney

      By:  s/ Charles Graybow
          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Re: *United States ex rel. Simpson v. Bayer Corporation, et al.*
Civil Action No. 05-3895

I, Assistant U.S. Attorney Charles Graybow, hereby certify that on December 11, 2018, I caused a copy of the Notice of Appearance of Charles Graybow, in the above-referenced matter, to be served on the following, pursuant to the United States District Court, District of New Jersey, Electronic Case Filing Policies and Procedures § 14(b)(1) (amended September 1, 2008):

David Bocian, Esq.
Kessler Topaz
280 King of Prussia Rd
Radnor, PA 19087
*Attorneys for Laurie Simpson*

Lawrence S. Lustberg, Esq.
Gibbons P.C.
1 Gateway Center
Newark, NJ 07102
*Attorneys for Bayer Corporation*

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 11, 2018
Newark, New Jersey

s/ *Charles Graybow*
Charles Graybow
Assistant U.S. Attorney