UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | Honorable John Michael Vazquez United States District Court Judge |
| *Plaintiff,* | Honorable Joseph A. Dickson United States Magistrate Judge |
| v. | |
| BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG, | Civ. No. 05-3895 (JMV)(JAD) |
| *Defendants.* | |

## ▇▇▇▇▇ AMENDED SCHEDULING ORDER

**THIS MATTER** having come before the Court through joint stipulation of Plaintiff-Relator Laurie Simpson ("Plaintiff-Relator") and Defendants Bayer Corp., Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC (collectively, "Bayer"), requesting that the Joint Stipulation to Amend Scheduling Order, entered by the Court on July 23, 2018 [ECF No. 318], be amended, and for good cause shown:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Document Production Completed | September 17, 2018 | September 12, 2019 |
| Privilege Logs Due | October 15, 2018 | October 10, 2019 |
| Fact Discovery Completed | April 12, 2019 | February 13, 2020 |

1

| Expert Discovery Completed | TBD | June 30, 2020 |
| Dispositive Motions Due | October 30, 2019 | July 24, 2020 |
| Final Pre-Trial Conference | TBD | October 23, 2020 |

IT IS on this __2nd__ day of July, 2019, ORDERED THAT the Case Schedule shall be amended as set forth above.

s/Dennis M. Cavanaugh

**Dennis M. Cavanaugh, U.S.D.J. (Ret.)**
**Special Master**

2