CRAIG CARPENITO
United States Attorney
CHARLES GRAYBOW
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 353-6094
Fax. (973) 297-2010
email: charles.graybow@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LAURIE SIMPSON,<br><br>*Plaintiff*,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>*Defendants*. | Hon. John Michael Vazquez<br><br>*Civil Action No.* 05-3895<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED STATES** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that the United States substitutes its counsel and attorney of record in this matter.

Former Attorney

CRAIG CARPENITO
United States Attorney
CHARLES GRAYBOW
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 353-6094
Fax. (973) 297-2010
email: charles.graybow@usdoj.gov

is no longer the United States' attorney in this matter.

The United States' new counsel in this matter, and attorney of record on

whom all notices and papers may be served, is:

New Attorney

CRAIG CARPENITO
United States Attorney
NICOLE F. MASTROPIERI
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-6548
Fax. (973) 297-2010
email: nicole.mastropieri@usdoj.gov

Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

CRAIG CARPENITO
United States Attorney

By: s/ Charles Graybow
CHARLES GRAYBOW
Assistant U.S. Attorney

CRAIG CARPENITO
United States Attorney

By: s/ Nicole Mastropieri
NICOLE MASTROPIERI
Assistant U.S. Attorney

CRAIG CARPENITO
United States Attorney
CHARLES GRAYBOW
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 353-6094
Fax. (973) 297-2010
email: charles.graybow@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LAURIE SIMPSON,<br>*Plaintiff*,<br>v.<br>BAYER CORPORATION, et al.,<br>*Defendants*. | Hon. John Michael Vazquez<br>*Civil Action No.* 05-3895<br>**CERTIFICATE OF SERVICE** |

I, Charles Graybow, hereby certify that on November 14, 2019, I caused a copy of the Notice of Substitution of Counsel for United States, in the above-captioned case, to be served upon the following pursuant to the United States District Court, District of New Jersey, Electronic Case Filing Policies and Procedures §14(b)(1) (amended September 1, 2008):

David Bocian, Esq.
Kessler Topaz
280 King of Prussia Rd
Radnor, PA 19087
*Attorneys for Laurie Simpson*

Lawrence S. Lustberg, Esq.
Gibbons P.C.
1 Gateway Center
Newark, NJ 07102
*Attorneys for Bayer Corporation*

I swear that the foregoing statements are true and correct to the best of my ability and

knowledge. I am aware that I am subject to penalty for any willful misstatement herein.

Dated: November 14, 2019
Newark, New Jersey

By: s/ Charles Graybow
CHARLES GRAYBOW
Assistant U.S. Attorney