# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | Honorable John M. Vazquez<br>United States District Court Judge |
| *Plaintiff,* | Honorable Joseph A. Dickson<br>United States Magistrate Judge |
| v. | |
| BAYER CORPORATION, et al., | Honorable Dennis M. Cavanaugh<br>Special Master |
| *Defendants.* | Civ. No. 05-3895 (JMV)(JAD) |

## STIPULATED AMENDED SCHEDULING ORDER

**THIS MATTER** having come before the Court through joint stipulation of Plaintiff-Relator Laurie Simpson ("Plaintiff-Relator") and Defendants Bayer Corp., Bayer Healthcare Pharmaceuticals, Inc., and Bayer Healthcare LLC (collectively, "Bayer"), requesting that the Joint Stipulation To Amend Case Schedule, entered by the Court on September 13, 2019 [ECF No. 362], be amended, and for good cause shown:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Document Production Completed | November 7, 2019 | December 23, 2019 |
| Privilege Logs Due | December 5, 2019 | January 20, 2019 |
| Fact Discovery Completed | April 9, 2020 | May 25, 2020 |

1

| | | |
|---|---|---|
| Expert Discovery Completed | August 25, 2020 | October 5, 2020 |
| Dispositive Motions Due | September 18, 2020 | November 2, 2020 |
| Final Pre-Trial Conference | December 18, 2020 | February 1, 2021 |

IT IS on this ___15___ day of November, 2019, ORDERED THAT

the Case Schedule shall be amended as follows:

Dennis M. Cavanaugh, U.S.D.J. (Ret.)
**Special Master**