CRAIG CARPENITO
United States Attorney
NICOLE F. MASTROPIERI
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-6548
Fax. (973) 297-2010
Email: nicole.mastropieri@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAURIE SIMPSON,<br><br>*Plaintiff*,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>*Defendants*. | Hon. John Michael Vazquez<br>United States District Court Judge<br><br>Hon. Joseph A. Dickson<br>United States Magistrate Judge<br><br>Civil Action No. 05-3895 (JMZ)(JAD)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED STATES** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    Please take notice that the United States substitutes its counsel and attorney of record in this matter.

Former Attorney

CRAIG CARPENITO
United States Attorney
NICOLE F. MASTROPIERI
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-6548
Fax. (973) 297-2010
Email: nicole.mastropieri@usdoj.gov

is no longer the United States' attorney in this matter.

The United States' new counsel in this matter, and attorney of record on whom all notices and papers may be served, is:

New Attorney

CRAIG CARPENITO
United States Attorney
MARIHUG P. CEDEÑO
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2926
Fax. (973) 297-2010
Email: marihug.cedeno@usdoj.gov

Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

CRAIG CARPENITO
United States Attorney

By:   s/ Nicole F. Mastropieri
NICOLE F. MASTROPIERI
Assistant U.S. Attorney


CRAIG CARPENITO
United States Attorney

By:   s/ Marihug P. Cedeño
MARIHUG P. CEDEÑO
Assistant U.S. Attorney