

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731
llustberg@gibbonslaw.com

September 17, 2020

**FILED & SERVED ELECTRONICALLY**

Honorable John M. Vazquez
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:   *United States ex rel. Simpson v. Bayer Corp., et al.,*
            Civ. No. 05-3895 (D.N.J.)

Dear Judge Vazquez:

This Firm, along with Sidley Austin LLP, represents Bayer Corporation, Bayer Healthcare Pharmaceuticals Inc., and Bayer Healthcare LLC (together, "Defendants") in the above-referenced matter. We write, in lieu of a more formal application, to most respectfully request a one-week extension of time, from September 21, 2020 until September 28, 2020, to file Defendants' brief in opposition to the United States' Appeal of the Special Master's August 24, 2020 Order. I have been in touch with Assistant U.S. Attorney Marihug P. Cedeño, who has graciously consented to this request. We have also consented to Ms. Cedeño's request to extend the time for the United States to file its reply in further support of its Appeal to on or before October 15, 2020.

Although Defendants' opposition to the United States' Appeal is very far along, it will be difficult to complete before the current deadline, particularly because Rosh Hashanah occurs this weekend. And, to allow the government sufficient time to file its reply, in light of Defendants' request for an extension, we respectfully submit that the time for the government to file its reply should be extended, as well.

Defendants, therefore, with the consent of the government, respectfully request that the Court grant the brief extensions of time described above. If Your Honor has any questions or concerns, please do not hesitate to contact me. Otherwise, for the convenience of the Court, we have provided a space below for Your Honor to "So order" the relief requested.

GIBBONS P.C.

September 17, 2020
Page 2


        Thank you very much for your kind consideration of this matter.


                                Respectfully submitted,

                                 s/ Lawrence S. Lustberg

                                Lawrence S. Lustberg, Esq.
                                GIBBONS, P.C.
                                One Gateway Center
                                Newark, New Jersey 07102-5310
                                (973) 596-4731


SO ORDERED.


Dated:  September __, 2020        _____
                                Hon. John M. Vazquez, U.S.D.J.


cc: Marihug Cedeño, Esq., Assistant United States Attorney (*via email and ECF*)
     Jonathan Cohn, Esq. (*via email and ECF*)