UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **Laurie Simpson**<br><br>**Plaintiff,**<br><br>v.<br><br>**BAYER CORPORATION, et al.,**<br><br>**Defendants.** | Civil Action No. 05-3895 (JMV) (MF) |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Richard A. Russo, Jr. of the law firm of Kessler Topaz Meltzer & Check, LLP hereby appears in this action as co-counsel on behalf of Plaintiff-Relator, Laurie Simpson.

I am admitted to practice in this Court. Plaintiff-Relator respectfully requests that all pleadings and other documents be addressed to and served as follows:

Richard A. Russo, Jr.
KESSLER TOPAZ
  MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
rrusso@ktmc.com

Respectfully submitted,

KESSLER TOPAZ
  MELTZER & CHECK, LLP

Dated: February 1, 2021

By:   /s/ Richard A. Russo, Jr.
Richard A. Russo, Jr.
280 King of Prussia Rd.
Radnor, Pennsylvania  19087
(610) 667-7706
rrusso@ktmc.com
**Attorneys for Plaintiff / Relator**