## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* LAURIE SIMPSON,<br><br>*Plaintiffs/Relator*,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; and BAYER AG,<br><br>*Defendants*. | HON. JOHN MICHAEL VAZQUEZ<br><br>*Civil Action No.* 2:05-3895 (JMV)(LDW) |

### THE UNITED STATES AND MEDICAID PARTICIPATING STATES' CONSENT TO DISMISSAL

On October 21, 2022, Relator Laurie Simpson and Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals, Inc., Bayer HealthCare LLC, and Bayer AG (collectively "Bayer"), jointly filed a Stipulation of Dismissal with prejudice as follows: The dismissal shall be with prejudice as to Relator, the United States, and the Medicaid Participating States[1] with regard to Relator's claims against Defendants for the Covered Conduct as defined in the Settlement Agreement between the United States, Bayer, and Relator. The dismissal excludes and does not encompass Relator's claims against Bayer for reasonable attorneys' fees, expenses, and costs pursuant to 31 U.S.C. §§ 3730(d) and 3730(h)(2) and analogous provisions of applicable state law.

---

[1] The Medicaid Participating States are California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Virginia, Wisconsin, and the District of Columbia.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and the corresponding state false claims statutes, the United States and the Medicaid Participating States consent to the dismissal of this action as set forth in the Stipulation of Dismissal.

Respectfully submitted,

Dated: NOVEMBER 14, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILIP R. SELLINGER
United States Attorney
District of New Jersey

By: /s *Kruti Dharia*
Kruti D. Dharia
Assistant U.S. Attorney

JAMIE A. YAVELBERG
SANJAY M. BHAMBHANI
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 305-0546
*Attorneys for the United States*

LETITIA JAMES
Attorney General of the State of New York

By: *Jill D. Brenner*
Jill D. Brenner
Special Assistant Attorney General
Office of the New York State Attorney General Medicaid Fraud Control Unit
28 Liberty St, 13th Fl.
New York, NY 10005
(212) 417-5377
*Attorneys for the Medicaid Participating States*