# EXHIBIT F

**KTMC Contract Attorney Timeline and Projects**

| TIME PERIOD | CONTRACT ATTORNEYS | TOTAL HOURS | LODESTAR | MAJOR TASKS |
|---|---|---|---|---|
| 12/2015 (pre-document production) | 1. Robert Baker<br>2. Adam Block<br>3. Maurice Waller<br>4. Sandra Lieberman<br>5. Melissa Osborne<br>6. Eric Marseglia<br>7. Igor Sikavica | 998.50 | $317,537.50 | Trasylol MDL Production Review<br>- Review deposition transcripts and exhibits from MDL<br>- Prepare deposition digests<br>- Draft memoranda on potential witnesses, custodians and participants in events |
| 1/2016–3/2016 | 1. Robert Baker<br>2. Adam Block<br>3. Maurice Waller<br>4. Sandra Lieberman<br>5. Melissa Osborne<br>6. Eric Marseglia<br>7. Igor Sikavica | 3,415.00 | $1,084,825.00 | Trasylol MDL Production Review<br>- Review deposition transcripts and exhibits from MDL<br>- Prepare deposition digests and conduct targeted review for use in drafting white paper on Trasylol safety, marketing and off-label promotion<br><br>Trasylol Reasonable and Necessary Claims<br>- Review documents related to off-label promotion<br>- Review documents related to off-label valve surgeries<br>- Review documents related to off-label pediatric surgeries<br>- Review documents and draft memorandum regarding SAL and MSL personnel involvement in off-label promotion of Trasylol<br>- Review documents related to Trasylol market research consultant (Bogart)<br>- Review documents related to DRG and ICD-9 coding<br><br>Trasylol Claims and Damages<br>- Review documents related to internal Trasylol business plans<br>- Review documents related to Bayer internal Trasylol sales, market research and usage data sources<br>- Review and analyze Scientific Affairs monthly reports |

Page 1 of 19

| | | | | |
|---|---|---|---|---|
| | | | | - Review documents and compile summary of Trasylol annual sales (actual vs. budget)<br>- Review documents related to Trasylol hospital sales<br>- Review documents related to hospital chargebacks<br><br>Trasylol Kickback Claims<br>- Review documents and draft memorandum related to GPO kickbacks<br>- Review documents related to Bayer's tracking of payments to physicians and hospitals<br><br>Trasylol Key Opinion Leaders<br>- Review documents related to Trasylol key opinion leaders (KOLs)<br><br>Deposition Preparation<br>- Review documents for Lop-Ming Chan deposition<br><br>Relator Production<br>- Review client "SIM" document production |
| 4/2016–6/2016 | 1. Robert Baker<br>2. Adam Block<br>3. Maurice Waller<br>4. Sandra Lieberman<br>5. Melissa Osborne<br>6. Eric Marseglia<br>7. Igor Sikavica<br>8. Marella Kim<br>9. Scott Stanley<br>10. Edward Crow | 3,636.00 | $1,155,737.50 | Trasylol Reasonable and Necessary Claims<br>- Review documents related to off-label promotion<br>- Review documents and compile database of "Dear Doctor" letters<br>- Review documents related to Trasylol market research consultant (Bogart)<br>- Review documents related to FDA inquiries and contacts<br><br>Trasylol Kickback Claims<br>- Review documents regarding return on investment analyses<br>- Review documents and compile database of speaker program topics and payments<br>- Review documents and compile database of Bayer UEGs<br>- Review documents and compile database of Bayer Phase IV grants |

| | | | | |
|---|---|---|---|---|
| | | | | - Review documents related to third-party marketing program provider (Bruce Leeb)<br>- Review documents related to Bayer consultant (McKinsey)<br><br>Grow and Protect Institutions<br>- Review documents regarding Bayer marketing and payments to Johns Hopkins<br>- Review documents regarding Bayer marketing and payments to University of Michigan<br><br>Trasylol Key Opinion Leaders<br>- Review documents related to Trasylol KOLs<br><br>CTMs<br>- Review documents and populate database of CTM attendance information<br><br>MDL Deposition Review<br>- Review second production of MDL witness deposition transcripts and exhibits<br>- Draft deposition digests and summaries<br>- Review documents and draft memorandum regarding treating physicians deposed in MDL<br><br>Deposition Preparation<br>- Review documents for Lop-Ming Chan deposition<br><br>Relator Production<br>- Review scanned documents for responsiveness<br>- Review ESI for responsiveness |
| 7/2016–9/2016 | 1. Robert Baker<br>2. Adam Block<br>3. Maurice Waller<br>4. Sandra Lieberman<br>5. Melissa Osborne | 4,927.00 | $1,565,750.00 | Trasylol Kickback Claims<br>- Review documents and populate database of grow and protect hospitals<br>- Review documents regarding return on investment analysis |

|  | 6. Eric Marseglia<br>7. Igor Sikavica<br>8. Marella Kim<br>9. Scott Stanley<br>10. Edward Crow |  |  | - Review documents and populate database of Bayer Grand Rounds programs and payments<br>- Review documents and draft memo regarding sales team involvement in award of UEGs<br>- Review documents related to Trasylol dinner program payments<br>- Review documents related to Trasylol speaker training programs<br>- Review documents and populate database of Phase IV grants<br>- Review documents and populate database of Bayer UEGs and fellowships<br>- Review documents and draft memo related to third-party marketing company (Gideon Bosker)<br>- Review documents related to Premier GPO<br><br>Trasylol Key Opinion Leaders<br>- Review documents related to KOLs<br>- Review documents pertaining to payments and programs involving KOL Lemmer<br>- Review documents pertaining to payments and programs involving KOL Levy<br>- Review documents pertaining to payments and programs involving KOL Smith and Duke University<br><br>CTMs<br>- Review documents and populate database of CTM attendance and payment information<br>- Review documents regarding CTM agendas and topics<br>- Review and compile documents related to CTM entertainment/recreation<br>- Review documents pertaining to CTM vendor (Interactive Communications)<br><br>Trasylol Damages<br>- Review documents related to Bayer internal Trasylol sales, market research and usage data sources |

| | | | | |
|---|---|---|---|---|
| | | | | Trasylol Reasonable and Necessary Claims<br>- Review documents related to off-label promotion at speaker programs<br>- Review documents related to Mayo Clinic and Trasylol studies<br>- Review documents regarding FDA inquiries and contacts related to Trasylol<br><br>Plaintiff Production<br>- Review ESI from laptops for responsiveness<br>- Review ESI from email accounts for responsiveness<br>- Review ESI related to retaliation claim for responsiveness<br>- Review ESI from hard drives for responsiveness |
| 10/2016 – 12/2016 | 1. Robert Baker<br>2. Adam Block<br>3. Maurice Waller<br>4. Sandra Lieberman<br>5. Melissa Osborne<br>6. Eric Marseglia<br>7. Igor Sikavica<br>8. Marella Kim<br>9. Scott Stanley<br>10. Edward Crow | 4,891.00 | $1,552,950.00 | CTMs<br>- Review documents related to consultant agreements for CTM attendees<br>- Review documents related to electronic questionnaire responses at CTMs<br>- Review documents and populate database of CTM attendance and payment information<br><br>Grow and Protect Institutions<br>- Review documents and create spreadsheet of grow and protect institutions<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Robert Wood Johnson and affiliated practitioners<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Geisinger and affiliated practitioners<br><br>Trasylol Reasonable and Necessary Claims<br>- Review documents related to off-label promotion<br>- Review documents related to FDA inquiries and contacts related to Trasylol |

| | | | | |
|---|---|---|---|---|
| | | | | Trasylol Kickback Claims<br>- Review documents regarding return on investment analyses<br>- Review documents related to databases used track payments to physicians and hospitals<br>- Review documents related to Trasylol speaker training programs<br>- Review documents regarding preceptorships<br>- Review documents related to Trasylol hospital marketing team meetings<br><br>Trasylol Key Opinion Leaders<br>- Review documents pertaining to payments and programs involving KOL Levy<br>- Review documents pertaining to payments and programs involving KOL Lemmer<br><br>Key Witness Review<br>- Review J. Petersen custodial documents and emails<br><br>Relator Production<br>- Review ESI from hard drives for responsiveness<br>- Second level review of client documents for responsiveness to Bayer's RFPD |
| 1/2017–3/2017 | 1. Robert Baker<br>2. Adam Block<br>3. Maurice Waller<br>4. Sandra Lieberman<br>5. Melissa Osborne<br>6. Eric Marseglia<br>7. Igor Sikavica<br>8. Marella Kim<br>9. Scott Stanley<br>10. Edward Crow | 3,901.50 | $1,235,837.50 | CTMs<br>- Review documents and populate database of post-CTM sales<br>- Review documents and populate database of CTM attendance and payment information<br>- Review documents related to consultant agreements for CTM attendees<br>- Review documents and populate database related to attendance and electronic questionnaire responses at CTMs |

|  |  |  |  |  | - Review documents and draft memorandum regarding CTM agendas, topics, and attendance for each session<br>- Review documents pertaining to CTM vendor (Interactive Communications)<br><br>Trasylol Kickback Claims<br>- Review documents related to Trasylol checkbooks<br>- Review documents related to Trasylol marketing program provider (Ian Nann)<br>- Review documents and draft memorandum regarding Boston area marketing programs<br>- Review documents and draft memorandum related to Trasylol marketing program provider (Bruce Leeb)<br><br>Trasylol Claims and Damages Analysis<br>- Review documents related to Premier Prospective Database<br>- Review documents pertaining to hospital chargebacks,<br><br>Key Opinion Leaders<br>- Review documents pertaining to KOL Lemmer<br>- Review documents and populate database of payments to Duke University and KOL Smith<br>- Review documents pertaining to KOL Hannon<br>- Review documents pertaining to Dr. Baladi<br><br>Grow and Protect Institutions<br>- Review documents and draft memorandum regarding sales, marketing efforts, and payments to Johns Hopkins<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Cape Fear Valley hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Good Samaritan hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Scripps hospitals |

| | | | | |
|---|---|---|---|---|
| | | | | - Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Ingham Regional Medical Center<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Henry Ford hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Hackensack University hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Providence St. Vincent hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Massachusetts General hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Bethesda North hospital<br><br>Key Witness Review<br>- Review J. Petersen custodial documents and emails<br><br>Trasylol Reasonable and Necessary Claims<br>- Review documents related to off-label promotion of Trasylol<br><br>Relator Production<br>- Review ESI from hard drives for responsiveness<br>- Second level review for responsiveness<br>- Privilege review of ESI |
| 4/2017–6/2017 | 1. Adam Block<br>2. Maurice Waller<br>3. Sandra Lieberman<br>4. Melissa Osborne<br>5. Eric Marseglia<br>6. Igor Sikavica | 3,899.00 | $1,230,475.00 | CTMs<br>- Review documents and populate database of CTM attendance and payment information |

| | | | | |
|---|---|---|---|---|
| | 7. Marella Kim<br>8. Scott Stanley | | | Grow and Protect Institutions<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to University of Kentucky and affiliated KOLs<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Wake Forest and KOL Stump<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Ohio State<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Beth Israel Deaconess hospital<br>- Review documents related to Duke resident symposia<br><br>Trasylol Kickback Claims<br>- Review documents and draft memorandum regarding third party CME programs and symposia sponsored by Bayer<br>- Review documents pertaining to Bayer compliance training and policies<br>- Review documents and draft memorandum regarding National Trasylol Pharmacy Advisory Board meeting<br><br>Relator Production<br>- Review Bayer documents collected from client for responsiveness<br>- Review scanned documents for responsiveness<br>- Review ESI from laptops for responsiveness<br>- Review ESI from client email accounts for responsiveness |
| 7/2017–9/2017 | 1. Adam Block<br>2. Maurice Waller<br>3. Sandra Lieberman<br>4. Melissa Osborne<br>5. Eric Marseglia<br>6. Igor Sikavica<br>7. Marella Kim<br>8. Scott Stanley | 3,835.00 | $1,211,837.50 | Trasylol and Avelox Kickback Claims<br>- Review and populate SAFTS payment database related to Trasylol and Avelox<br><br>Grow and Protect Institutions<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to University of Kentucky and affiliated KOLs |

| | | | | |
|---|---|---|---|---|
| | | | | - Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Ohio State<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Wake Forest and KOL Stump<br><br>Trasylol Kickback Claims<br>- Review documents and draft memorandum regarding third party CME programs and symposia sponsored by Bayer<br><br>Key Witness Review<br>- Review J. Petersen custodial documents and email<br><br>Relator Production<br>- Review Bayer documents collected from client for responsiveness<br>- Review scanned hard copy client documents for responsiveness<br>- Review ESI from client laptops for responsiveness<br>- Review ESI from client email accounts for responsiveness |
| 10/2017 – 12/2017 | 1. Adam Block<br>2. Maurice Waller<br>3. Sandra Lieberman<br>4. Melissa Osborne<br>5. Eric Marseglia<br>6. Igor Sikavica<br>7. Marella Kim<br>8. Scott Stanley<br>9. Brian Place | 4,189.50 | $1,326,025.00 | CTMs<br>- Review documents, populate and QC database of CTM attendance and payment information<br>- Review documents pertaining to CTM vendor (Interactive Communications)<br><br>Trasylol and Avelox Kickback Claims<br>- Review and populate SAFTS payment database related to Trasylol and Avelox from SAFTS productions<br><br>Grow and Protect Institutions<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to University of Kentucky and affiliated KOLs<br>- Review documents regarding sales, marketing efforts, and payments to VCU |

| | | | | |
|---|---|---|---|---|
| | | | | Key Witness Review<br>- Review J. Petersen custodial documents and emails<br>- Review B. Goodstein custodial documents and emails<br>- Review C. Poynton custodial documents and emails<br><br>Trasylol Kickback Claims<br>- Review documents related to third-party marketing company (Gideon Bosker)<br><br>Relator Production<br>- Review ESI from client laptop for responsiveness<br>- Review ESI from client email accounts for responsiveness<br><br>Privilege Screening<br>- Screening of client ESI for potential Bayer privilege |
| 1/2018–3/2018 | 1. Adam Block<br>2. Maurice Waller<br>3. Sandra Lieberman<br>4. Melissa Osborne<br>5. Igor Sikavica<br>6. Marella Kim<br>7. Scott Stanley<br>8. Brian Place | 3,829.00 | $1,220,312.50 | CTMs<br>- Review documents, populate and QC database of CTM attendance and payment information<br>- Review CTM invitations<br>- Review, analyze and compile list of Trasylol business plans by year<br><br>Trasylol and Avelox Kickback Claims<br>- Review, analyze and create database of payment information related to Trasylol and Avelox from SAFTS production<br><br>IRED Review<br>- Comparative review of unredacted IRED document production for use in discovery motion<br><br>Trasylol Kickback Claims<br>- Review documents related to Trasylol market research vendors |

| | | | | - Review documents and draft memorandum regarding market research vendor (Bell Falla)<br><br>Key Witness Document Review<br>- Review of custodial documents and emails of T. Daniels<br><br>Relator Production<br>- Review ESI from client emails for responsiveness<br>- Second level review of client ESI for responsiveness and privilege<br><br>Privilege Screening<br>- Screening of client ESI for potential Bayer privilege |
|---|---|---|---|---|
| 4/2018–6/2018 | 1. Adam Block<br>2. Maurice Waller<br>3. Sandra Lieberman<br>4. Melissa Osborne<br>5. Igor Sikavica<br>6. Marella Kim<br>7. Scott Stanley<br>8. Brian Place | 3,290.50 | $1,052,750.00 | CTMs<br>- Review documents, populate and QC database of CTM attendance and payment information<br>- Review documents related to CTM budgets<br><br>Trasylol and Avelox Kickback Claims<br>- Review documents and populate SAFTS payment database related to Trasylol and Avelox<br><br>Trasylol Key Opinion Leaders<br>- Review and populate database of documents pertaining to KOL J. Levy<br><br>Trasylol Kickback Claims<br>- Review, analyze and compile list of Trasylol business plans by year<br>- Review documents related to performance reviews of Scientific Affairs employees<br><br>IRED Review<br>- Comparative review of unredacted IRED document production for use in discovery motion |

| Date | Reviewers | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Relator Production<br>- Second level review of client ESI for responsiveness<br>- Review of client ESI for responsiveness and potential privilege<br><br>Privilege Screening<br>- Screening of client ESI for potential Bayer privilege |
| 7/2018–9/2018 | 1. Adam Block<br>2. Sandra Lieberman<br>3. Maurice Waller<br>4. Melissa Osborne<br>5. Brian Place | 1,568.00 | $509,600.00 | Relator Production<br>- Review ESI from client email for responsiveness<br>- Second level review of client ESI for responsiveness<br>- Review of client ESI for potential privilege<br><br>Privilege Screening<br>- Screening of client ESI for potential Bayer privilege |
| 10/2018 – 12/2018 | 1. Adam Block<br>2. Melissa Osborne<br>3. Brian Place | 1,095.00 | $355,875.00 | Trasylol Key Opinion Leaders<br>- Review documents regarding KOL programs<br><br>Trasylol Kickbacks<br>- Review and create list of Phase IV grant approvals and amounts<br><br>Relator Production<br>- Review of client ESI for responsiveness<br>- Review of client ESI for potential privilege<br><br>Privilege Screening<br>- Screening of client ESI for potential Bayer privilege |
| 1/2019–3/2019 | 1. Adam Block<br>2. Melissa Osborne | 912.00 | $296,400.00 | Trasylol and Avelox Kickback Claims<br>- Review and populate SAFTS payment database related to Trasylol and Avelox<br><br>Key Witness Document Review<br>- Review and analyze custodial documents of and emails involving T. Daniels |

| | | | | |
|---|---|---|---|---|
| | | | | Relator Production<br>- Review of client ESI for responsive documents related to job search/retaliation mitigation efforts |
| 4/2019–6/2019 | 1. Adam Block | 238.00 | $77,350.00 | Clawback Challenge<br>- Review clawback redaction log and May 2019 reproduction for potential challenge of Bayer privilege assertions<br><br>Trasylol and Avelox Kickback Claims<br>- Review documents and populate SAFTS payment database related to Trasylol and Avelox<br><br>Retaliation Claim<br>- Review documents in April 2019 production related to retaliation claim |
| 7/2019–9/2019 | 1. Adam Block*<br>2. Chioma Abara<br>3. Michele Cadora<br>4. Myisha Lacey-Tilson<br>5. Michael Mirarchi<br>6. Maurice Waller<br>7. Deems Fishman<br>8. Paul Spector<br>9. Leonard Mucci<br>10. Cornelia Weathers<br>11. Julia Gottlob<br><br>*through 7/26/2019 | 2,701.50 | $877,987.50 | Clawback Challenge<br>- Review clawback redaction log and May 2019 reproduction documents for potential challenge of Bayer privilege assertions<br><br>Trasylol and Avelox Kickback Claims<br>- Review documents from April and June 2019 productions related to Avelox, Trasylol, and retaliation claims<br>- Review documents and populate SAFTS payment database related to Trasylol and Avelox<br><br>Avelox Kickback Claims<br>- Review documents regarding attendance information in connection with Avelox marketing programs<br>- Review documents regarding payments to physicians in connection with Avelox marketing<br><br>Trasylol Damages<br>- Review documents related to Trasylol chargebacks |

| Date | Timekeepers | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Key Opinion Leaders<br>- Review documents regarding OUTCOMES meeting and KOL Stump<br>Relator Production<br>- Review client ESI for responsiveness<br>- Review client ESI to be redacted or withheld for privilege |
| 10/2019–12/2019 | 1. Chioma Abara<br>2. Michele Cadora<br>3. Myisha Lacey-Tilson<br>4. Michael Mirarchi<br>5. Maurice Waller<br>6. Deems Fishman<br>7. Paul Spector<br>8. Leonard Mucci<br>9. Cornelia Weathers<br>10. Julia Gottlob | 4,792.00 | $1,557,400.00 | Avelox Kickback Claims<br>- Review documents regarding physician attendance and payment in connection with Avelox kickback programs for use in matching with Avelox Medicaid claims data<br><br>Trasylol and Avelox Kickback Claims<br>- Review documents from recent productions related to Avelox and Trasylol programs<br><br>Key Witness Document Review<br>- Review custodial documents of and emails involving V. Pascale<br>- Review custodial documents of and emails involving S. Horton<br><br>Relator Privilege<br>- Review of client ESI to be logged for privilege |
| 1/2020–3/2020 | 1. Chioma Abara<br>2. Michele Cadora<br>3. Myisha Lacey-Tilson<br>4. Michael Mirarchi<br>5. Maurice Waller<br>6. Deems Fishman<br>7. Paul Spector<br>8. Leonard Mucci<br>9. Cornelia Weathers | 4,761.00 | $1,547,325.00 | Grow and Protect Institutions<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Aurora St. Luke's<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to University of Maryland<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Houston Methodist hospital |

| | | | | |
|---|---|---|---|---|
| | 10. Julia Gottlob | | | - Review documents and prepare memorandum regarding sales, marketing efforts, and payments to Emory hospital<br>- Review documents and prepare memorandum regarding sales, marketing efforts, and payments to St. Vincent's hospital<br><br>Key Witness Document Review<br>- Review custodial documents of and emails involving V. Pascale<br>- Review custodial documents of and emails involving S. Horton<br><br>Relator Production<br>- Review of client ESI for responsiveness<br>- Review of client ESI to be logged for privilege |
| 4/2020–6/2020 | 1. Chioma Abara<br>2. Michele Cadora<br>3. Myisha Lacey-Tilson<br>4. Michael Mirarchi<br>5. Maurice Waller<br>6. Deems Fishman<br>7. Paul Spector<br>8. Leonard Mucci<br>9. Julia Gottlob | 4,196.50 | $1,363,862.50 | Key Witness Document Review<br>- Review and analyze custodial documents of and emails involving key Scientific Affairs employees<br>- Review custodial documents of and emails involving V. Pascale<br>- Review custodial documents of and emails involving S. Horton<br>- Review custodial documents of and emails involving C. D'Eugenio<br><br>Retaliation<br>- Review and analyze documents from key custodians related to retaliation claim<br><br>Relator Privilege<br>- Review of client ESI to be logged for privilege |
| 7/2020–9/2020 | 1. Chioma Abara<br>2. Michele Cadora | 4,129.20 | $1,341,990.00 | Key Witness Document Review<br>- Review and analyze custodial documents of and emails involving T. Daniels |

| | | | | |
|---|---|---|---|---|
| | 3. Myisha Lacey-Tilson<br>4. Michael Mirarchi<br>5. Maurice Waller<br>6. Deems Fishman<br>7. Paul Spector<br>8. Leonard Mucci<br>9. Julia Gottlob | | | - Review and analyze custodial documents of and emails involving S. Oelrich<br>- Review and analyze custodial documents of and emails involving J. Petersen<br>- Review and analyze custodial documents of and emails involving S. Horton<br>- Review and analyze custodial documents of and emails involving key Scientific Affairs and sales representative employees<br>- Review and analyze custodial documents of and emails involving V. Pascale<br>- Review and analyze custodial documents of and emails involving C. D'Eugenio<br>- Review and analyze custodial documents of and emails involving W. Shank<br>- Review and analyze custodial documents of and emails involving J. Edwards<br>- Review and analyze custodial documents of and emails involving H. Dorfman<br>- Review and analyze custodial documents of and emails involving J. Durnell<br>- Review and analyze custodial documents of and emails involving key custodians relevant to retaliation claim<br>- Review and analyze custodial documents of and emails involving key custodians relevant to Avelox claim<br><br>Trasylol and Avelox Kickback Claims<br>- Review documents from April and June 2019 productions related to Avelox and Trasylol programs and payments<br><br>Relator Production<br>- Review of client ESI to be logged for privilege |
| 10/2020 – 12/2020 | 1. Chioma Abara<br>2. Michele Cadora<br>3. Michael Mirarchi<br>4. Maurice Waller | 3,038.50 | $987,512.50 | Key Witness Document Review<br>- Review and analyze custodial documents of and emails involving S. Oelrich |

| | | | | |
|---|---|---|---|---|
| | 5. Deems Fishman<br>6. Paul Spector<br>7. Leonard Mucci<br>8. Julia Gottlob*<br><br>*through 10/1/20 | | | - Review and analyze custodial documents of and emails involving J. Durnell<br>- Review and analyze custodial documents of and emails involving M. Trujillo<br>- Review and analyze custodial documents of and emails involving F. Ciavaglia<br>- Review and analyze custodial documents of and emails involving R. Santiago<br>- Review and analyze custodial documents of and emails involving B. Ackerman<br>- Review and analyze custodial documents of and emails involving J. Levy<br><br>Relator Privilege Log Challenge Review<br>- Review and analyze documents in response to Bayer privilege challenge |
| 1/2021–3/2021 | 1. Chioma Abara<br>2. Michele Cadora<br>3. Michael Mirarchi<br>4. Maurice Waller<br>5. Deems Fishman<br>6. Paul Spector<br>7. Leonard Mucci | 2,285.90 | $742,917.50 | Bayer Privilege Log Challenge Review<br>- Review Bayer privilege and redaction log for challenges<br><br>Deposition Preparation<br>- Document review and deposition kit preparation for R. Santiago<br>- Document review and deposition kit preparation for J. Levy<br>- Document review and deposition kit preparation for F. Ciavaglia<br>- Document review and deposition kit preparation for V. Pascale<br>- Document review and deposition kit preparation for H. Dorfman<br>- Document review and deposition kit preparation for C. Poynton |
| 4/2021–6/2021 | 1. Michele Cadora<br>2. Michael Mirarchi<br>3. Maurice Waller | 2,340.10 | $760,532.50 | Deposition Preparation<br>- Document review and deposition kit preparation for V. Pascale |

| | | | |
|---|---|---|---|
| | 4. Deems Fishman<br>5. Paul Spector<br>6. Leonard Mucci | | | - Document review and deposition kit preparation for H. Dorfman<br>- Document review and deposition kit preparation for F. Ciavaglia<br>- Document review and deposition kit preparation for T. Daniels<br>- Document review and deposition kit preparation for C. Poynton<br>- Document review and deposition kit preparation for J. Levy<br>- Document review and deposition kit preparation for P. Smith |