**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. LAURIE SIMPSON,<br><br>     Plaintiff,<br><br>          v.<br><br>BAYER CORPORATION;<br>BAYER HEALTHCARE;<br>PHARMACEUTICALS, INC.;<br>BAYER HEALTHCARE LLC; and<br>BAYER AG,<br><br>     Defendants. | Civ. No. 2:05-3895 (JMV)(LDW) |

## NOTICE OF APPEARANCE OF ROBERT A. MAGNANINI

The undersigned, Robert A. Magnanini, hereby notifies the Court and counsel that he

shall appear as counsel of record for Stone & Magnanini, LLP with respect to its application

to intervene and for statutory attorneys' fees in this case.


Date: January 6, 2023

_s/ Robert A. Magnanini_
Robert A. Magnanini, Esq.
NJ Bar # 017221993
STONE & MAGNANINI LLP
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
Telephone: (973) 218-1111
E-mail: rmagnanini@smcomplex.com

## CERTIFICATE OF FILING AND SERVICE

The undersigned, Robert A. Magnanini, hereby states and affirms that on the date indicated below he caused the foregoing document to be filed via the Electronic Court Filing system, which will provide notice of the filing and access to the document to all registered participants.

Dated: January 6, 2023

/s/ *Robert A. Magnanini*
Robert A. Magnanini