# STONE MAGNANINI

## COMPLEX LITIGATION

June 5, 2023

**VIA ECF**
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re:   *United States et al. ex rel. Simpson v. Bayer Corp. et al.*,
            5-cv-3895 (JMV)(LDW)

Dear Judge Vazquez:

    I write on behalf of myself and my law firm, Stone & Magnanini LLP, to seek an extension of until July 7, 2023, to file our reply papers in support of our pending petition for fees. This request is reasonable in light of the volume of materials put forth by Defendants in opposition to our fee petition (including a fulsome expert report), and proportionate to the extension granted to Defendants for their Opposition. This is the first extension request we have submitted for this filing. Defendants consent to the requested extension.

    Accordingly, we respectfully request that our time to file reply papers in further support of our fee petition be extended to July 7, 2023.

    Respectfully,

    */s/ David S. Stone*
    David S. Stone, Esq.
    dstone@smcomplex.com

SO ORDERED:

_____
The Honorable John Michael Vazquez, U.S.D.J.