# STONE MAGNANINI

## COMPLEX LITIGATION

August 18, 2023

**VIA ECF**
Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *United States et al. ex rel. Simpson v. Bayer Corp. et al.*,
            2:05-cv-3895 (JMV)(LDW)

Dear Judge Vazquez:

      I write on behalf of all parties in this case to update Your Honor pursuant to the Court's instructions at the Case Management Conference on August 14, 2023. The parties are presently discussing attempting to resolve this matter through the use of three different mediators. One is a well-respected member of the New Jersey bar with experience in mediating attorneys fee disputes, the second is an attorney located in Philadelphia with a vast amount of experience in the false claims act on both the plaintiff and defendant's side and the third is a retired New Jersey District Court judge.

      Once we come to consensus on who the mediator is—whether one of these or someone else—we will alert the Court and proceed to set up a mediation and try and resolve these two outstanding fee petitions. If not, we will let the Court know that we need to have the fee petitions heard and have the Court decide these matters.

                             Respectfully submitted,

                             */s/ Robert A. Magnanini*
                             Robert A. Magnanini, Esq.

cc: All Counsel of Record (*via ECF*)

400 Connell Drive, Suite 6200, Berkeley Heights, New Jersey 07922
P 973.218.1111 / F 973.218.1106 / www.smcomplex.com