**Not for Publication**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ex re. LAURIE SIMPSON, <br><br> *Plaintiff/Relator*, <br><br> v. <br><br> BAYER PHARMACEUTICAL CORPORATION *et al.*, <br><br> *Defendants*. | Civil Action No. 05-3895 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

 Currently pending in this matter are two motions for attorneys' fees. D.E. 414, D.E. 420. In a status conference before the Court on August 14, 2023, the parties to these motions indicated their willingness to proceed to mediation. D.E. 445; *see also* D.E. 446.

 Therefore, for the foregoing reasons, and for good cause shown,

 IT IS on this 22nd day of August 2023,

 **ORDERED** that the parties proceed to mediation as to the motions for attorneys' fees within sixty (60) days of the date of this Order; and it is further

 **ORDERED** that the parties shall submit a letter on the docket on or before September 15, 2023, informing the Court of the mediator; and it is further

 **ORDERED** that the motions at D.E. 414 and D.E. 420 are **ADMINISTRATIVELY TERMINATED** pending mediation.

_____
John Michael Vazquez, U.S.D.J.
